**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TWIN CITY PIPE TRADES SERVICE ASSOCIATIONS Inc., a Minnesota non profit corporation,

Plaintiff,

vs.

ORDER
CV 01-1056 RHK/SRN

NORTHERN PIPING & MECHANICAL INC.,

Defendant.

The court having been advised by counsel that the above case has been settled, the parties needing additional time to finalize a settlement agreement.,

**IT IS ORDERED** that the court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 18, 2002.

**RICHARD H. KYLE**, Judge
United States District Court

FILED JUL 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________